IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RACHEL CAIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:13CV00160 SWW |
| | * |
| HOWARD BOLSER and PROTECTIVE | * |
| INSURANCE COMPANY, | * |
| | * |
| Defendants. | * |
| | * |

ORDER OF DISMISSAL

Pursuant to the Stipulation for Order of Dismissal[1] stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 5th day of August, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Stipulation for Order of Dismissal signed by the remaining parties, Rachel Cain and Protective Insurance Company, was filed as an exhibit to Protective Insurance Company's Notice of Stipulation for Order of Dismissal. *See* Ex. 1 to ECF No. 48. The claims against Howard Bolser were dismissed with prejudice by previous order. *See* ECF No. 18.